IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

KEYONDRAE SMITH,

        Petitioner,

v.                                                                    Case No. 5D17-1869

STATE OF FLORIDA,

        Respondent.

_____/

Opinion filed August 25, 2017

Petition for Belated Appeal
A Case of Original Jurisdiction.

Keyondrae Smith, Punta Gorda, pro se.

Pamela Jo Bondi, Attorney General Tallahassee, and, Marjorie Vincent-Tripp, Assistant Attorney General, Daytona Beach, for Respondent.


PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the March 29, 2016, judgments and sentences in Case No. 15-CF-002689-A-X, in the Circuit Court in and for Marion County, Florida. See Fla. R. App. P. 9.141(c)(6)(D).


        PETITION GRANTED.


PALMER, EVANDER and WALLIS, JJ., concur.